■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CATHERINE M. CARAFAS and JAMES P. CARAFAS, Appellants.— Motion by appellants to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellants' typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellants are directed to file six copies of their typewritten brief and to serve one copy on the District Attorney. Appellants' time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Lawrence McKeown, Esq., 100 East Old Country Road, Mineola, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CHRISTENSEN, Appellant.— Motion by appellant to withdraw his appeal from an order of the County Court, Nassau County, dated September 19, 1960, denying, without a hearing, his *coram nobis* application. Motion granted; appeal withdrawn. Appellant, if so advised, may make a new *coram nobis* application in the County Court. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DI MASI, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Arthur W. Lonschein, Esq., 5 Court Square, Long Island City, New York, having consented to serve, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.